IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiffs,<br><br>vs.<br><br>CHAZ CORLEONE SANTANGELO<br><br>        Defendants. | Case No. 4:17CR3083<br><br>Order |

    Before the Court is the request for transcript of hearing held on July 27, 2017 and December 12, 2017

    IT IS ORDERED:

1. The request for transcript, filing [49] is granted.

2. Chaz Corleone Santangelo, is advised that the cost of the transcript from the hearings on July 27, 2017 and December 12, 2017 is $80.30 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of these transcripts exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcripts be less than $80.30, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearings held on July 27, 2017 and December 12, 2017 A copy of this order should also be mailed to Chaz Corleone Santangelo, PO Box 725, Edgefield, SC 29824.

    DATED: April 5, 2024

                                            BY THE COURT:

                                            s/ Jacqueline M. DeLuca
                                            United States Magistrate Judge